IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 15-cv-02127-WYD

JEANNETTE JOHNSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Withdraw Motion to Dismiss and for an Extension of Time to Answer (ECF No. 15) is **GRANTED.** Defendant's Motion to Dismiss (ECF No. 14) is hereby **WITHDRAWN** and Defendant has up to and including **December 28, 2015**, to file an answer or other responsive pleading and the certified administrative transcript.

    Dated: November 30, 2015